U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 9 2008

ROBERT H. SHEMWELL, CLERK
BY _____
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SHANE LEMONS | CIVIL ACTION NO. 07-1788 |
| VS. | SECTION P |
| WARDEN BURL CAIN | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the Report and Recommendation is correct under the applicable law;

**IT IS ORDERED** that this application for writ of *habeas corpus* be and it is **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts since it plainly appears from the face of the petition and exhibits annexed to it that the petitioner is not entitled to relief.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 29th day of FEBRUARY, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE